# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> E. I. DU PONT DE NEMOURS AND COMPANY, et al., <br><br> Defendants. | Civil Action No. 2:19-cv-14758-RMB-JBC-JS <br> Civil Action No. 1:19-cv-14765-RMB-JBC-JS <br> Civil Action No. 1:19-cv-14766-RMB-JBC-JS <br> Civil Action No. 3:19-cv-14767-RMB-JBC-JS <br><br> **STIPULATION AND ORDER** |

**WHEREAS** Plaintiffs New Jersey Department of Environmental Protection ("DEP"), the Commissioner of the DEP, and the Administrator of the New Jersey Spill Compensation Fund (collectively, "Plaintiffs") assert claims against EIDP, Inc. (f/k/a E. I. du Pont de Nemours and Company), Corteva, Inc., DuPont de Nemours, Inc., DuPont Specialty Products USA, LLC, The Chemours Company, and The Chemours Company FC, LLC (collectively, "the Settling Defendants," and together with Plaintiffs, "the Parties") in the above-referenced matters, and whereas Settling Defendants dispute Plaintiffs' claims and allegations and asserted various defenses to same; and

**WHEREAS** Plaintiffs and Settling Defendants have advised the Court that these Parties have agreed to a settlement, in the form of a proposed Judicial Consent Order ("JCO"), to resolve Plaintiffs' claims against Settling Defendants, subject to public comment and judicial approval; **ACCORDINGLY**,

**IT IS ORDERED** that all case deadlines and other non-settlement related proceedings as against Settling Defendants in these actions are hereby stayed pending consideration of the proposed settlement.

Dated: August 4, 2025

SO ORDERED.

_____
Hon. Renée M. Bumb
Chief, U.S.D.J.

1

*Attorneys for Plaintiffs*

By: */s/Gwen Farley*
Gwen Farley, Esq., Deputy Attorney General
MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street P.O. Box 093
Trenton, New Jersey 08625
(609) 376-2740
gwen.farley@law.njoag.gov

Geoffrey W. Castello, Esq.
KELLEY DRYE & WARREN LLP
One Jefferson Road
Parsippany, New Jersey 07054
(973) 503-5900
gcastello@kelleydrye.com

David M. Reap, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800
dreap@kelleydrye.com

William J. Jackson, Esq.
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd., Suite 900
Houston, Texas 77027
(713) 355-5000
bjackson@kelleydrye.com

John K. Dema, Esq.
Scott E. Kauff, Esq.
LAW OFFICES OF JOHN K. DEMA, P.C.
1236 Strand Street, Suite 103
Christiansted, St. Croix
U.S. Virgin Islands 00820
(340) 773-6142
jdema@demalaw.com
skauff@demalaw.com

*Attorneys for Defendants, as indicated:*

By: /s/ *Lanny S. Kurzweil*
Lanny S. Kurzweil, Esq.
Ryan A. Richman, Esq.
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
(973) 639-2044
lkurzweil@mccarter.com
rrichman@mccarter.com
*Attorneys for Defendants EIDP, Inc., f/k/a E. I. du Pont de Nemours and Company, The Chemours Company, and The Chemours Company FC, LLC (as to all claims except (i) the fraudulent transfer claims in all matters; and (ii) the Third Count, ISRA claim, in* 1:19-cv-14766-RMB-JBC-JS*)*

- and -

By: /s/ *Ann Marie Duffy*
Ann Marie Duffy, Esq. (*Admitted PHV*)
Eric G. Lasker, Esq. (*Admitted PHV*)
Matthew J. Malinowski, Esq. (*Admitted PHV*)
Marchello D. Gray, Esq. (*Admitted PHV*)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, DC 20005
(202) 898-5800
aduffy@hollingsworthllp.com
elasker@hollingsworthllp.com
mmalinowski@hollingsworthllp.com
mgray@hollingsworthllp.com
*Attorneys for Defendants EIDP, Inc., f/k/a E. I. du Pont de Nemours and Company, The Chemours Company, and The Chemours Company FC, LLC (as to all claims except (i) the fraudulent transfer claims in all matters; and (ii) the Third Count, ISRA claim, in* 1:19-cv-14766-RMB-JBC-JS*)*

- and -

By: */s/ David A. Haworth*
David A. Haworth, Esq.
BALLARD SPAHR LLP
700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054
(856) 873-5525
haworthd@ballardspahr.com

- and -

Stephen Stigall, Esq.
Brittany M. Wilson, Esq.
Erin M. Carter, Esq. (*Admitted PHV*)
1735 Market Street, 51st Floor
Philadelphia, Pa 19103
(215) 665-8500
*Counsel to EIDP, Inc., f/k/a E. I. du Pont de Nemours and Company (as to the ISRA Claim in 1:19-cv-14766-RMB-JBC), DuPont Specialty Products USA, LLC, Corteva, Inc. (as to claims other than fraudulent transfer claims), and DuPont de Nemours, Inc. (as to claims other than fraudulent transfer)*

- and -

By: */s/ Katherine L.I. Hacker*
Katherine L.I. Hacker, Esq. (*Admitted PHV*)
kat.hacker@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
303.592.3152

- and –

Katharine A. Roin, Esq. (*Admitted PHV*)
kate.roin@bartlitbeck.com
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
312.494.4400
*Counsel to EIDP, Inc. f/k/a E. I. du Pont de Nemours and Company, Corteva, Inc., and DuPont de Nemours, Inc. (as to the fraudulent transfer claims)*

- and -

By: */s/ Jeffrey S. Chiesa*
Jeffrey S. Chiesa, Esq.
A. Ross Pearlson, Esq.
Michael K. Plumb, Esq.
CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
(973) 325-1500
jchiesa@csglaw.com
rpearlson@csglaw.com
mplumb@csglaw.com
*Counsel to EIDP, Inc. f/k/a E. I. du Pont de Nemours and Company, Corteva, Inc., and DuPont de Nemours, Inc. (as to the fraudulent transfer claims)*

- and -

By: */s/ Margaret Raymond Flood*
Margaret Raymond-Flood, Esq.
NORRIS McLAUGHLIN, P.A.
400 Crossing Boulevard, 8th Floor
Bridgewater, New Jersey 08807
(908) 722-0700
mraymondflood@norris-law.com

- and –

Kimbrilee Weber, Esq.
NORRIS McLAUGHLIN, P.A.
7 Times Square, 21st Floor
New York, New York 10036
(212) 808 0700
kmweber@norris-law.com
*Counsel to The Chemours Company and The Chemours Company FC (as to the fraudulent transfer claims)*

5